### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: September 17, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Keith Williams
Interpreter:       Ruth Warner

Criminal Action No. 06-cr-00318-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Gregory Rhodes

          Plaintiff,

v.

OMAR GUTIERREZ-VEAST,                       Arthur Nieto

          Defendant.

### SENTENCING MINUTES

**10:17 a.m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on June 25, 2007.  Defendant pled guilty to Count 8 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (Doc. #179).  Defendant has no objection.  Defendant requests further departure (oral motion).  Argument by defense counsel. The Government objects to the departure requested by defendant.

The defendant does contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by defense counsel.

Allocution. - Statements made by:  The Government, the defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record and incorporated herein.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #179)** is **GRANTED.**

**ORDER:** The Defendant's oral motion for further departure is **GRANTED** in part and **DENIED** in part.

**ORDER:** Defendant's request for variance sentence is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:01 a.m.** **Court in recess.**

Total Time: 44 minutes
Hearing concluded.